# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

           Plaintiff,

vs.

HUGO HERNANDEZ-RODRIGUEZ(1),

           Defendant.

CASE NO. 10CR4321-JAH

**JUDGMENT OF DISMISSAL**

10 DEC 21 AM 11:30

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in case 10CR4881-JAH against the defendant and the Court has granted the motion of the Government for dismissal of the Information.

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

____ of the offense(s) of the Indictment/Information:

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 12/16/2010

BERNARD G. SKOMAL
UNITED STATES DISTRICT JUDGE